**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | | |
|---|---|---|
| PERCY FAVORS, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | No. 10-887 |
| | : | |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, <u>et al</u>., | : | |
| Respondents. | : | |

_____:

## ORDER

**AND NOW**, this 8th day of October, 2010, upon consideration of the petition for writ of

habeas corpus, Respondents' response thereto, the Report and Recommendation of United States

Magistrate Judge Thomas J. Rueter dated September 21, 2010, Petitioner's concurrence thereto, and

after a thorough and independent review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **TRANSFERRED** to the Middle District of

    Pennsylvania; and

3. There is no probable cause to issue a certificate of appealability.


         **BY THE COURT:**

         **/s/ Mitchell S. Goldberg**

         _____
         **MITCHELL S. GOLDBERG, J.**